# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRI FLETCHER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendants. | DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S FED R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>No. 2:21-CV-10575-JMV-LDW |

Defendant, Midland Credit Management, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, submits the following Corporate Disclosure Statement:

1.　　Midland Credit Management, Inc. is a wholly owned subsidiary of Encore Capital Group, Inc. ("Encore").

2. Encore is a publicly traded corporation and owns more than 10% of Midland Credit Management, Inc.

          Respectfully submitted,

          **BLANK ROME LLP**

          By: /s/ Jonathan Ball
          Michael P. Trainor
          Jonathan F. Ball
          One Logan Square
          Philadelphia, PA 19103
          (215) 569-5500
          (215) 569-5555 (fax)
          mtrainor@blankrome.com
          jfball@blankrome.com

          *Attorneys for Defendant,*
          *Midland Credit Management. Inc.*

Dated: July 2, 2021

158411.01323/126303278v.1

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing to be served upon the following counsel via CM/ECF:

> Raphael Deutsch, Esq.
> Stein Saks, PLLC
> 285 Passaic Street
> Hackensack, NJ  07601
> rdeutsch@steinsakslegal.com
>
> *Attorney for Plaintiff*

Dated:  July 2, 2021

_____
Jonathan F. Ball